United States District Court
Southern District of Texas
**ENTERED**
March 31, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COLIN GODMINTZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-00514 |
| | § | |
| MONTEREY FINANCIAL SERVICES, | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendant Monterey Financial Services LLC's Motion to Dismiss and Supporting Memorandum of Law, this action is **DISMISSED WITHOUT PREJUDICE**.

Each party shall bear its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 31st day of March, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE